# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:18-cv-01552-ODE-CMS
### Johnson v. American Family Insurance
### Honorable Catherine M. Salinas

Minute Sheet for proceedings held In Open Court on 10/17/2018.

TIME COURT COMMENCED: 9:30 A.M.
TIME COURT CONCLUDED: 9:43 A.M.　　TAPE NUMBER: FTR
TIME IN COURT: 00:13　　DEPUTY CLERK: Sharon Lim
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Jana Korhonen representing American Family Insurance |
| | Jana Korhonen representing American Family Life Insurance Company |
| | Jana Korhonen representing American Standard Insurance Company of Wisconsin |
| | Rodney Moore representing American Family Insurance |
| | Rodney Moore representing American Family Life Insurance Company |
| | Rodney Moore representing American Standard Insurance Company of Wisconsin |
| | Carl Sollee representing Khidja Johnson |
| PROCEEDING CATEGORY: | Telephone Conference(Non-final Pretrial Conference); |
| MINUTE TEXT: | Telephone conference held regarding discovery dispute. |